35 So.2d 916

### William BISHOP v. STATE.
### 6 Div. 570.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 893

### Lester BLACKMAN v. STATE.
### 4 Div. 943.

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 892

### Leroy BLANTON v. STATE.
### 6 Div. 313.

Court of Appeals of Alabama.
Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 173

### Norman BLANTON v. STATE.
### 6 Div. 391.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.